DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA             :    **ORDER**

     - v. -                          :    21 Cr. 346 (LAK)
                                     :    21 Mag. 3581
CRISTIAN COLON,                      :
   a/k/a "Christian Colon,"          :
                                     :
         Defendant.                  :
                                     :
- - - - - - - - - - - - - - - - X

WHEREAS, the Court has referred to the Magistrate Judge on duty the arraignment of defendant CRISTIAN COLON, a/k/a "Christian Colon";

WHEREAS the defendant has requested that his arraignment be taken remotely by video conference or by telephone conference, if video conference is not reasonably available;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

WHEREAS the Coronavirus Aid, Relief, and Economic Securities Act, findings made by the Judicial Conference of the United States, and the March 11, 2021 Fourth Amended Standing Order of then-Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by video teleconference, or telephone conference if video teleconferencing is not reasonably available, subject to certain findings made by the District Judge;

THE COURT HEREBY FINDS that because defendant CRISTIAN COLON, a/k/a "Christian Colon," has consented to proceeding remotely and in light of the challenges of scheduling remote appearances for incarcerated individuals, the arraignment cannot be further delayed without serious harm to the interests of justice and may proceed remotely by video conference, or by telephone conference, if video conference is not reasonably available.

SO ORDERED.

Dated: New York, New York
May 22, 2021

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK