

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/21

October 22, 2021

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Cristian Colon*, 21 Cr. 346 (LAK)

Dear Judge Kaplan:

The parties write to inform the Court that they have scheduled a change of plea hearing in this matter in Magistrate Court for October 29, 2021. As a result, the parties respectfully request that the Court adjourn the telephonic status conference that is currently scheduled for 11 a.m. on October 27, 2021. Additionally, the Government requests that time be excluded from October 27 through October 29, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A), so that the parties have the opportunity to finalize a pretrial disposition. The defendant consents to the requested exclusion.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

Cc: Barry Weinstein, Esq. (via ECF)

*[Handwritten note:] Conference adjourned to 11/2/21 at 11 am. Time excluded through 11/2/21. The interests of justice served thereby outweigh the interests of the public and defendant in a speedy trial for reasons stated.*

LEWIS A. KAPLAN, USDJ
10/25/21