UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

UNITED STATES OF AMERICA

- v. -

CRISTIAN COLON,
   a/k/a "Christian Colon,"

         Defendant.

------------------------------ x

ORDER

21 Cr. 346 (LAK)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Barbara C. Moses on October 29, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, a copy of the plea agreement between the defendant and the Government was transmitted to the District Court; and

WHEREAS, upon review of that transcript, plea agreement, and the record in this case, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
            November 8, 2021

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK